# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**ANTWON MAURICE BAYARD**                                                                **PLAINTIFF**

**v.**                         **Case No. 4:14-cv-00576 KGB**

**HILLARY RODHAM CLINTON,** *et al.*                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this the 20th day of May, 2015.

*Kristine G. Baker*
_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE